**2008–0355. Foster v. Wickliffe.**
Lake App. No. 2006–L–053, 2007-Ohio-7132. Reported at 118 Ohio St.3d 1411, 2008-Ohio-2340, 886

N.E.2d 873. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.